# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

Robert P. Young, Jr.,
Chief Justice

148674(85)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                          SC: 148674
                                           COA: 313750
                                           Wayne CC: 12-004559-FC
SHAWQUANDA BOROM,
          Defendant-Appellant.
_____/

On order of the Court, the motion for clarification is considered, and it is DENIED.


          BERNSTEIN, J., not participating.




I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015
_____